### MARTIN ROSENFELD ET AL. *v.* DANIEL McCANN
### (11820)

FOTI, FREEDMAN and SCHALLER, Js.

Argued June 14—decision released July 6, 1993

*Martin Rosenfeld,* pro se, the appellant (plaintiff).
*Bruce D. Tyler,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.